UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | 3:21 CR 98 (JBA) |
| V. | : | |
| KENSTON HARRY | : | DECEMBER 27, 2021 |

## MOTION TO SUPPRESS EVIDENCE

Pursuant to the Fourth Amendment to the United States Constitution and Fed. R. Crim. P. 12(b)(3)(C), the defendant, Kenston Harry, respectfully files this motion to suppress evidence. Mr. Harry seeks suppression of the evidence and fruits obtained from the search of his cellphone and from the installation of a pole camera outside the business that he owns and operates at 2814 Main Street in Hartford. As discussed in greater detail in the attached memorandum of law:

1. The search warrant for **Mr. Harry's cellphone** (a) lacked content and temporal particularity; and (b) law enforcement unreasonably delayed searching the phone for 47 days.

2. The warrantless placement of a **pole camera** outside 2814 Main Street permitted uninterrupted video recording at that location and thereby unreasonably intruded on Mr. Harry's reasonable expectation of privacy.

WHEREFORE, Mr. Harry's motion to suppress evidence should be granted.

THE DEFENDANT
KENSTON HARRY

By: *s/ Jeffrey C. Kestenband*
Jeffrey C. Kestenband, ct19003
The Kestenband Law Firm LLC
2389 Main Street
Glastonbury, CT 06033
Tel. No.: (860) 659-6540
Fax No.: (860) 397-6550
jkestenband@kestenbandlaw.com

*of counsel to*
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT 06106
Tel.: (860) 236-6951
Fax: (860) 236-5263
jkestenband@bnglaw.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically, on this 27th day of December, 2021, and sent by first-class mail, postage prepaid, to anyone unable to accept electronic filing. Notice of the filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*s/ Jeffrey C. Kestenband*