# United States District Court for the District of Connecticut

Case Number: 3:21 CR 98 (JBA)

United States of America

*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.

Kenston Harry

*List the full name(s) of the defendant(s)/respondent(s)*

**NOTICE OF APPEAL**

AUG 29 2023 AM 11:04
FILED-USDC-CT-HARTFORD

Notice is hereby given that Kenston Harry in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

[✓] final judgment entered in this action on 8.16.23
*Date Entered*

OR

[ ] order #(____) entered in this action on _____ described as:
*Date Entered*

Kenston Harry respectfully appeals his conviction and sentence.

*(Provide a brief description of the decision in the order/judgment)*

August 28, 2023
*Date*

*Signature*

Harry, Kenston
*Name (Last, First, MI)*

53 Briarwood Drive, Windsor, CT, 06095
*Address* *City* *State*

860-982-4489     soundmotionaudio@gmail.com
*Telephone*     *E-mail Address (if available)*

*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.

**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22